413 A.2d 1133

Commonwealth v. Rushton, Appellant.

Submitted September 15, 1978.   Malcolm M. Limongelli, First Assistant Public Defender, for appellant;  Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

413 A.2d 1133

Commonwealth v. Shavers, Appellant.

Submitted December 8, 1978.   John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.